UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

## Case Number: 18-22647-CIV-MORENO

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

vs.

JOHN DOE, subscriber assigned IP address
216.189.180.220,,

        Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO RULE 26(f) CONFERENCE AND DENYING PLAINTIFF'S APPLICATION OF EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to Serve Third Party Subpoena Prior to Rule 26(f) Conference **(D.E. 6)**, filed on **August 16, 2018**, and Plaintiff's Application of Extension of Time within which to Effectuate Service on John Doe Defendant **(D.E. 7)**, filed on **September 27, 2018**.

THE COURT has considered the motions, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motions are DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _16th_ of October 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record