UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 18-22647-CIV-MORENO

STRIKE 3 HOLDINGS, LLC,

          Plaintiff,

vs.

JOHN DOE, subscriber assigned IP address
216.189.180.220,,

          Defendant.

_____/

### ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record, and the last recorded date of various proceedings.  It appears that Plaintiff filed the complaint on **June 29, 2018** and service of the summons and complaint has not been executed as of the date of this order. Therefore, it is

ADJUDGED that Plaintiff shall file a response with the Court no later than **October 29, 2018** to show cause why this case should not be dismissed for failure to serve the summons and complaint upon Defendant within 90 days after the filing of the complaint pursuant to Federal Rule of Civil Procedure 4(m).  If Plaintiff fails to file such response, then the Court shall dismiss the action.

DONE AND ORDERED in Chambers at Miami, Florida, this ___16___ of October 2018.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record